### LIBEL SAMUEL POWERS vs BRIG^T *Providence*

Being read and Plea

Joseph Whipple Esq Tho^s Rodman, Jos^h Wanton Ju^r and Ja^s Rogers merchants, come into Court and Tender the sum of Seventy Six pounds three Shillings and nine pence with the Costs of Court to this time, in full satisfaction which the Appellant refuseth to accept. Cap^t William Sargent being sworn. Jn^o W^m Goff being also swore. And the Court was adjourn'd untill to morrow at Ten o Clock A. M. And opened accordingly And after Sundry Debates the Court was adjourn'd untill further Notice.

Rec^d of Tho^s Vernon Reg^r of the Court of Adm^y the sum of Eighty three pounds in full for Judgement of Court obtain'd by Sam^ll Powers ag^st the Brig^t Providence W^m Sargent Master

July 28th 1752                                    Sam^ll Powers

Newport May 26th 1752

COURT OF VICE ADMIRALTY Having heard and fully Consider'd the within Libel, with the Plea thereto, and the Tender made in Court by the Owners of the s^d Brigantine Providence As also all the Allegations and Evidence of both parties it Appears to me that there remains due to the s^d Samuel Powers as administrator to William Powers for the residue of his the s^d William Powers's Wages on board of the s^d Brigantine at the time of his death (after deduction made of what he had receiv'd before Sailing, of what was disbursed for him during the voyage, and for his Barratry in the bay of Honduras) the Sum of Eighty Three Pounds nine Shillings in Bills of Publick Credit of this Colony. It is therefore consider'd and Decreed that he the s^d Samuel Powers in his s^d Capacity, recover against the s^d Brigantine Providence the afores^d Sum of Eighty Three Pounds nine Shillings. and for as much as the Tender made by the Owners was not Sufficient to pay and Satisfy the s^d Sum it is therefore further Decreed that he the s^d Samuel recover the whole Cost of this Court

S Wickham D. Judge